# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00114-CR

**James Dillon, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NUMBER ONE OF WILLIAMSON COUNTY
### NO. 10-08236-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant James Dillon seeks to appeal his judgment of conviction for hindering proceedings by disorderly conduct. *See* Tex. Penal Code Ann. § 38.13 (West 2003). The trial court has certified that (1) this is a plea bargain case and Dillon has no right of appeal, and (2) Dillon waived the right to appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: June 9, 2011

Do Not Publish